**SO ORDERED.**

**SIGNED this 28 day of June, 2024.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

IN RE:  Jessica Marie Pollard Smith, (ssn: xxx-xx-9178),   *   Chapter 13
        Debtor.   *   Case No.  24-40071

**AMENDED ORDER DIRECTED TO EMPLOYER**

A plan has been proposed to the Court formulating periodic payments by the Debtor, **Jessica Marie Pollard Smith**, to the Trustee for adjustment of debts; and

It appearing to the Court that in the best interest of efficient administration of the Debtor's estate, the Debtor's employer should deduct the sum proposed by the Debtor's plan from the disposable earnings of the Debtor and tender said sum to the Trustee as provided by the Title 11 U.S. C. Section 1325(c) of the Code; whereupon it is

ORDERED that the employer:   **Amazon.com Services, LLC**
**Attn:  Payroll Dept.**
**P.O. Box 80726**
**Seattle, WA 98108**

be and is directed to deduct the sum of **$215.00 per month or $107.50 biweekly or $107.50 semimonthly or $53.75 weekly** from the disposable earnings of the debtor beginning the pay period following the date of this Order, and continuing each pay period thereafter as long as Debtor is employed by said employer or, until further Order of this Court, or until further notified by the trustee that the deduction may be terminated, and shall transmit such funds withheld to **OFFICE OF THE CHAPTER 13 TRUSTEE-COLUMBUS, P.O. BOX 116347, ATLANTA, GEORGIA 30368-6347**, not later than the 10th day of each month following the month such funds are withheld.  All checks should be made payable to The Chapter 13 Trustee, Middle District of Georgia.

**FURTHER ORDERED** that the employer shall cease deduction for all garnishments pending against this Debtor.

**FURTHER ORDERED** that the employer may not deduct any sum from the Debtor's earnings for any expenses for administering this Order.

**FURTHER ORDERED** that if the employer objects to the entry of this Order, the employer may file a written objection with the United States Bankruptcy Court, P.O. Box 2147, Columbus, Georgia 31902.

**FAIL NOT UNDER PENALTY AS PROVIDED FOR BY THE ACT OF CONGRESS RELATING TO BANKRUPTCY.**

**FURTHER ORDERED THAT A COPY OF THIS ORDER** be mailed to the employer, Debtor, counsel for Debtor and the Trustee.

**END OF DOCUMENT**

Valerie G. Long, Attorney for Debtor
3006 University Avenue, Columbus, Georgia 31907
(706) 940-0597; State Bar No. 457485